UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
AUG 12 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:16-00146
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

**STEVEN EUGENE ADKINS**

## I N F O R M A T I O N

The United States Attorney Charges:

1. On or about January 14, 2016, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN EUGENE ADKINS knowingly possessed a Smith & Wesson Model 22A-1 firearm in and affecting interstate commerce.

2. At the time defendant STEVEN EUGENE ADKINS possessed the aforesaid firearm, he had been convicted of crimes punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about September 14, 2009, in the Circuit Court of Kanawha County, West Virginia, of the felony offense of possession with the intent to deliver marijuana in Case Number 09-F-118, and also convicted on or about April 29, 2011, in the Circuit Court of Kanawha County, West Virginia, of

the felony offense of possession with the intent to deliver marijuana in Case Number 11-F-169.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                      CAROL A. CASTO
                      United States Attorney

By: _____
       W. CLINTON CARTE
       Assistant United States Attorney